✓ # 658587
# 128515

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 06-30887 W
                    CHAPTER 13
    *
Lahey, Patrick M & Danielle S
Debtor     *

*FILED 2010 MAY 24 PM 1:30 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – the Trustee voided <u>returned</u> disbursement check(s) from the United States Postal Service, "marked return to sender/refused by lockbox department".

2. The creditor did not update and submit a current address with the clerk's office. This case is scheduled to close.

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 644866 | Medical Emergency Treatment<br>P O Box 701621<br>Cincinnati, Oh 45270-1621 | 18.22 | 2/26/10 |
| Balance | Medical Emergency Treatment<br>Same as above | 35.04 | |

3. Your trustee's check # 658587 in the amount of $53.26 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 4/28/10

                                      John P. Gustafson
                                      Trustee in Bankruptcy